City of Chicago, Defendant in Error, v. John Niesdes-
mialek, Plaintiff in Error.

Gen. No. 20,045.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. DAVID SUL-
LIVAN, Judge, presiding. Heard in the Branch Appellate Court at
the March term, 1914. Affirmed. Opinion filed December 22, 1914.

### Statement of the Case.

Action by the City of Chicago against John Niesdes-
mialek. From a judgment in favor of the plaintiff
defendant brings error.

A. S. LAKEY, for plaintiff in error.

WILLIAM H. SEXTON and JAMES S. McINERNEY, for
defendant in error; ALBERT J. W. APPELL, of counsel.

MR. PRESIDING JUSTICE BARNES delivered the opinion
of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 26*—*insufficiency of statement of
facts.* A "statement of facts" consisting of a mere narrative of
witnesses' testimony, or its substance, will be stricken from the
record upon motion, since such a document does not meet the
requirement of the Municipal Court Act, § 23, ¶ 6, (Hurd's R. S. 1913,
ch. 37, § 286, J. & A. ¶ 3335), and assignments of error based entirely
upon such a document cannot be considered on appeal.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.